SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
L. Timothy Fisher, Of Counsel (S.B.N. 191626)
Nichole Browning (S.B.N. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar (S.B.N. 250519)
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HILBORN, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN,<br><br>Defendants,<br><br>and<br><br>VERIFONE HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No.: 5:08-cv-01132-PVT<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 (B)** |

| | |
|---|---|
| ARUNBHAI PATEL, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN,<br><br>                     Defendants,<br><br>   and<br><br>VERIFONE HOLDINGS, INC.,<br><br>                     Nominal Defendant. | **Case No.: 5:08-cv-01133-HRL** |

Plaintiff Arthur Hilborn hereby moves for consideration of whether *Arthur Hilborn v. Douglas G. Bergeron, et. al.*, Case No. 5:08-CV-01132-PVT, filed on February 26, 2008 is related to the cases *Arunbhai Patel v. Douglas G. Bergeron, et. al.*, Case No. 5:08-cv-01133-HRL, filed on February 26, 2008 and *Charles King v. Douglas G. Bergeron, et. al.*, Case No. 5:08-cv-06347-MHP filed on December 14, 2007.

| **Case Name** | **Case No.** | **Filing Date** |
|---|---|---|
| *Charles King v. Douglas G. Bergeron, et al.* | 3:07-cv-06347-MHP | December 14, 2007 |
| *Arthur Hilborn v. Douglas G. Bergeron, et al.* | 5:08-cv-01132-PVT | February 26, 2008 |
| *Arunbhai Patel v. Douglas G. Bergeron, et al.* | 5:08-cv-01133-HRL | February 26, 2008 |

1 |     Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These actions are derivative cases and are brought against the same defendants for breach of fiduciary duty and common law restitution/unjust enrichment. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if these cases are conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: March 4, 2008

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

/s/
_____

L. Timothy Fisher, Of Counsel (S.B.N. 191626)
Nichole Browning (S.B.N. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar (S.B.N. 250519)
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs Arthur Hilborn and Arunbhai Patel*

---

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 (B)
54698
    3

| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| | L. Timothy Fisher, Of Counsel (S.B.N. 191626) |
| 2 | Nichole Browning (S.B.N. 251937) |
| | 2125 Oak Grove Road, Suite 120 |
| 3 | Walnut Creek, CA 94598 |
| | Telephone: (925) 945-0770 |
| 4 | Facsimile: (925) 945-8792 |
| | nbrowning@sbtklaw.com |
| 5 | |
| | -and- |
| 6 | |
| | Eric L. Zagar (S.B.N. 250519) |
| 7 | James H. Miller |
| | 280 King of Prussia Road |
| 8 | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| 9 | |
| | Facsimile: (610) 667-7056 |
| 10 | ezagar@sbtklaw.com |
| 11 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HILBORN, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | |
| Plaintiff, | Case No.: 5:08-cv-01132-PVT |
| v. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | [PROPOSED] ORDER RELATING CASES |
| Defendants, | |
| and | |
| VERIFONE HOLDINGS, INC., | |
| Nominal Defendant. | |

[PROPOSED] ORDER RELATING CASES)
54703

1

| | |
|---|---|
| ARUNBHAI PATEL, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, <br><br> Defendants, <br><br> and <br><br> VERIFONE HOLDINGS, INC., <br><br> Nominal Defendant. | **Case No.: 5:08-cv-01133-HRL** |

Having considered the Administrative Motion to Consider Whether Cases Should be related Pursuant to L.R.3-12(B) filed by Arthur Hilborn in the above captioned case, to which no opposition has been filed, and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

*Arthur Hilborn v. Douglas G. Bergeron, et. al.*, Case No. 5:08-CV-01132-PVT, filed on February 26, 2008 is related to the cases *Arunbhai Patel v. Douglas G. Bergeron, et. al.*, Case No. 5:08-cv-01133-HRL, filed on February 26, 2008 and *Charles King v. Douglas G. Bergeron, et. al.*, Case No. 5:08-cv-06347-MHP filed on December 14, 2007.

Dated:_____          _____
                                        The Honorable Patricia V. Trumbull

.

[PROPOSED] ORDER RELATING CASES)